

Scott H. Goldstein
Admitted in NY and NJ
sgoldstein@rlattorneys.com

REPLY TO THE RIVER EDGE OFFICE
70 Grand Ave., Suite 100
River Edge, New Jersey 07661
551-336-2010

May 8, 2024

> Application GRANTED. The status conference in this matter, previously scheduled for May 10, 2024, at 11:00 a.m., is ADJOURNED to **Tuesday, May 14, 2024**, at **2:15 p.m.**
>
> The Clerk of Court is directed to terminate ECF No. 63.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: May 8, 2024

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

  **Re:**  **Penn-Star Is. Co. v. Landmine, LLC, et al**
     **Docket No: 1:23-cv-03698-JHR**

Dear Judge Rearden:

  We represent Defendant Universal Elevator, Inc. in the above captioned matter.

  Please accept this letter requesting an adjournment of the conference scheduled for May 10, 2024. This is Defendant Universal's first request for an adjournment of this conference. The adjournment is requested because I am unable to attend the conference because I will be attending my son's college graduation from Binghamton University.

  All parties consent to this adjournment request. We have all conferred and all parties appear to be available on May 14, 2024, in the afternoon as a potential adjourn date.

  My apologies for the inconvenience and we appreciate the Court's consideration of this application.

            Respectfully submitted,

            Scott H. Goldstein

SHG/hs

ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY) | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK

www.rlattorneys.com