UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>LANDMINE LLC et al.,<br><br>                              Defendants. | 23 Civ. 3698 (JHR) |

JENNIFER H. REARDEN, District Judge:

This case has been placed on the Court's February 18, 2025 trial-ready calendar. The bench trial will begin on **February 18, 2025** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after February 18, 2025. The parties may e-mail Chambers to learn where their case stands on the calendar.

By **January 7, 2025**, the parties must file a proposed joint pretrial order in accordance with Rule 7.A of the Court's Individual Rules and Practices in Civil Cases. By the same date, pursuant to Rule 7.E, the parties shall also submit affidavits constituting the direct testimony of each trial witness, except for the direct testimony of an adverse party; a person whose attendance must be compelled by subpoena; or a person for whom a party has requested (and the Court has agreed) to hear live direct testimony during the trial. Three business days after submission of such affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. The original affidavits will be marked as exhibits at trial.

Also by **January 7, 2025**, the parties must submit joint proposed findings of fact and conclusions of law, any motions *in limine*, and any pretrial memoranda of law in accordance with Rule 7.D. Oppositions to any motions *in limine* and to pretrial memoranda of law must be filed no later than seven days thereafter.

The final pretrial conference will be held by telephone on **February 7, 2025** at **11:15 a.m.** Counsel should join the conference by dialing 646-453-4442 and entering access code 774 377 799 followed by the pound (#) key. The attorneys who will serve as principal trial counsel must participate. No later than one week before the conference, the parties shall submit a digital copy of exhibits and demonstrative aids that they intend to use in their case in chief at trial, as well as an index. The parties shall consult Rule 7.G. and ensure full compliance therewith.

Any request to test courtroom technology must be made at least five days before trial.

By **November 19, 2024**, the parties shall contact the Chambers of Magistrate Judge Ona T. Wang to schedule a settlement conference. The conference should take place at the earliest opportunity, and in no event later than **December 20, 2024** (subject to Judge Wang's availability). An order referring this case to Judge Wang will issue. By **December 23, 2024**, the parties shall file a joint letter stating their efforts to arrive at a disposition of this matter.

**<u>Failure to comply with deadlines or other terms of this Order may result in sanctions, including the preclusion of evidence, claims, or defenses and/or dismissal of this action.</u>**

SO ORDERED.

Dated: November 15, 2024
       New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge