

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

―――――

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

―――――

ASSOCIATES
BRANDON H. DORMAN
WALDER THAME-TURNER
MICHAEL KHAN

March 27, 2025

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
(516) 741-8488

**VIA ECF**
Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

        Re:    Penn-Star. Ins. Co. v. Landmine LLC. et al.
               Docket No    :    1:23-cv-03698-JHR
               Our File No    :    22-103

Dear Judge Rearden:

      We represent the Plaintiff in this insurance declaratory judgment action that the pertains to a denial of coverage for claims asserted in an underlying state court bodily injury action, and we write, with the consent of all parties, to request a 30 day adjournment of the conference set for April 2, 2025 in that the parties in the underlying matter still need more time to complete

Docket No: 1:23-cv-03698-JHR - LETTER TO JUDGE REARDON– 22-103
MARCH 27, 2025
PAGE 2 OF 2

discovery in order to pursue settlement efforts as last indicated to the Court in adjournment of

trial of this matter.

                                 Respectfully submitted,
                                 **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                                      s/Steven Verveniotis
                                 Steven Verveniotis

cc: All counsel by ECF

## SO ORDERED:

Application **GRANTED**. The April 2nd conference is adjourned to **May 7, 2025, at 3:00 p.m.**

Counsel are to call 212-805-0260 when all parties are on the line.

_[signature]_

**Ona T. Wang**                                    3/31/25
United States Magistrate Judge