UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PENN-STAR INSURANCE COMPANY,

        Plaintiff,

        -against-

LANDMINE LLC., et al.,

        Defendants.
------------------------------------------------------------x

23-CV-3698 (JHR)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 82, wherein the parties request that Judge Rearden adjourn all trial and pretrial proceedings, including the pre-settlement conference call scheduled for May 7, 2025, to September 2025. (ECF 82). Because the May 7 pre-settlement call is before me, I will address this request alone.

The parties' request to adjourn the May 7 pre-settlement call is **DENIED** and will proceed as scheduled**.**

Because this case has only been referred to me for settlement purposes, (*see* ECF 73), I cannot adjourn any other pretrial or trial proceedings or deadlines. However, if the parties wish to consent to my jurisdiction for all purposes under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, they may do so by completing and filing on the docket a fully executed Notice and Consent form, available here: https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

      **SO ORDERED.**

    *s/ Ona T. Wang*

Dated: May 1, 2025                      **Ona T. Wang**
New York, New York             United States Magistrate Judge