**MEMO ENDORSED**



CELEBRATING 25 YEARS

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

———

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

———

**ASSOCIATES**
BRANDON H. DORMAN
WALDER THAME-TURNER°
MICHAEL KHAN
JAMES VOLPE
SUZANNE LODGE°
DEE JAE DILIBERTO °

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

July 3, 2025

**SO ORDERED:**

The Application is **GRANTED.** The
Conference is adjourned to September 24, 2025
at 10:00 a.m.

_____

**ONA T. WANG**                    7/8/25

United States Magistrate Judge

**VIA ECF**
Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

Re:    Penn-Star. Ins. Co. v. Landmine LLC. et al.
       Docket No          :      1:23-cv-03698-OTW
       Our File No         :      22-103

Dear Judge Wang:

    We represent the plaintiff in the above-referenced case.  Upon consent of all parties, we respectfully request an adjournment of the initial conference currently scheduled for August 13, 2025, until the end of September due to a scheduling conflict.  This is the first request for an adjournment on behalf of plaintiff.

    Thank you for your courtesy in this regard.

                        Respectfully Submitted,
                        **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                        s/Steven Verveniotis

                        Steven Verveniotis

cc:  All parties of record