**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
PENN-STAR INSURANCE COMPANY,  :
                                    Plaintiff,  :  23-CV-3698 (OTW)
                            -against-  :  **ORDER**
LANDMINE LLC., et al.,  :
                            Defendants.  :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 98, wherein the parties request a 60-day extension to file the Rule 26(f) Report and ECF 99, wherein parties seek an adjournment for the September 24, 2025 Conference.

The parties' request for an extension to file their Rule 26(f) Report is **GRANTED in part**. The Rule 26(f) Report is due by **November 12, 2025**.

The Conference is **ADJOURNED** to **November 19, 2025 at 10:00 am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: September 22, 2025          _s/ Ona T. Wang_
New York, New York              **Ona T. Wang**
                                          United States Magistrate Judge