

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* <br> STEVEN VERVENIOTIS <br> ONDINE SLONE <br> RICHARD S. SKLARIN° <br> MAURIZIO SAVOIARDO <br> ANDREW B. KAUFMAN± <br> LAWRENCE S. WASSERMAN* <br> LOUISE FASANO <br> LAURA ALTO <br> RICHARD B. EPSTEIN <br> ——— <br> *ALSO ADMITTED IN NEW JERSEY <br> ±ALSO ADMITTED IN DISTRICT OF COLUMBIA <br> ° RESIDENT IN WESTCHESTER | THE ESPOSITO BUILDING <br> 240 MINEOLA BOULEVARD <br> MINEOLA, NY 11501 <br> TEL (516) 741-7676 <br> FAX (516) 741-9060 <br> <br> WWW.MSSSV.COM <br> <br> **BRANCH OFFICES:** <br> WESTCHESTER, NY <br> NEW YORK, NY <br> WOODBRIDGE, NJ | **SENIOR COUNSEL** <br> ABRAHAM WARMBRAND <br> GABRIELLA CAMPIGLIA <br> KENNETH MASTELLONE° <br> ——— <br> **ASSOCIATES** <br> BRANDON H. DORMAN <br> WALDER THAME-TURNER° <br> MICHAEL KHAN <br> JAMES VOLPE <br> SUZANNE LODGE° <br> DEE JAE DILIBERTO° |

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

**VIA ECF**
Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

November 11, 2025

---

**SO ORDERED:**

Application **GRANTED**. The ICMC is now scheduled for **January 13, 2026** at **10:00 a.m.**

_____
Ona T. Wang                     11/13/25
United States Magistrate Judge

---

Re:   Penn-Star. Ins. Co. v. Landmine LLC. et al.
     Docket No          :   1:23-cv-03698-OTW
     Our File No         :   22-103

Dear Judge Wang:

We represent the plaintiff in the above-referenced case.

The parties jointly request a 60 day extension to file the Rule 26(f) Report and adjourn the conference presently scheduled for November 19, 2025.

The parties seek this second extension in that we are waiting for discovery in the underlying action Adam Murphy v. Landmine LLC and Exclusive Management LLC, filed in the Supreme Court of the State of New York County of Bronx under index number 805632/2022, including status for proceedings against Five Star in that case, to be exchanged as the remaining discovery before motions for summary judgment in this case, and we ask for an adjournment of the Conference set for November 19, 2025 to a date after that new 60 day period expires.

                            Respectfully Submitted,
                            **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**
                            s/Steven Verveniotis
                            Steven Verveniotis

cc:  All parties of record