**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

PENN-STAR INSURANCE COMPANY,                          :
                                                      :
                    Plaintiff,                        :          23-CV-3698 (OTW)
                                                      :
            -against-                                 :          **ORDER**
                                                      :
LANDMINE LLC., et al.,                                :
                                                      :
                    Defendants.                       :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on Tuesday, January 13, 2026.

The Parties' proposed scheduling order at ECF 106 for their briefing of the motion for summary

judgment is entered.

Additionally, as **ORDERED** at the January 13th conference, the parties are directed to file

a joint status letter apprising the court on the status of discovery in the state court case on

**Friday, February 27, 2026.**

SO ORDERED.

_s/ Ona T. Wang_

Dated: January 20, 2026                    **Ona T. Wang**
      New York, New York                   United States Magistrate Judge